UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MIGUEL ROMAN,<br>   Plaintiff, | : | CASE NO.3:23-cv-00477-MPS |
| vs. | : | |
| | : | AMENDED COMPLAINT |
| CHRISTINE, DOUGHERTY,<br>FURTICK, & CRUZ, are<br>sue in their individual<br>capacity, | : | |
|    Defendants. | : | JUNE 23, 2023 |
| | : | JURY TRIAL DEMANDED |

### I. JURISDICTION & VENUE

1. This is a civil right action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under the color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Sections 1331 & 1343 (a) (3). This court has supplemental jurisdiction under 28 U.S.C. Section 1367.

2. The District of Connecticut is an appropriate venue under 28 U.S.C. Section 1391 (b) (2) because it is where the events giving rise to this claim occurred.

### II. PLAINTIFF

3. Plaintiff Miguel Roman, ("Miguel") is a state prisoner in the custody of the State of Connecticut Department of Corrections. He is confined to MacDougall Correctional Institution, ("MacDougall") in Suffield, Connecticut at all times mention herein.

### III. DEFENDANTS

4. Defendant Christine, ("Christine") is the Utilization Reveiw Nurse at MacDougall at all time mention herein. She is sued in her individual capacity.

5. Defendant Dougherty, ("Dougherty") is the Warden of MacDougall at all times mention herein. He is sued in his individual capacity.

6. Defendant Furtick, ("Furtick") is the Nursing Supervisor at MacDougall at all times mention herein. She is sued in her individual capacity.

7.      Defendant Cruz, ("Cruz") is the Regional Chief Operating Officer at MacDougall at all times mention herein. She is sued in her individual capacity.

8.      At all times mention in this complaint each defendant acted under the color of state law.

### IV. FACTS

9.      On April 06, 2022, Miguel was sent to UConn Health Center ("UConn") for a sleep study. Due to the findings Miguel was given a diagnose of Severe Obstructive Sleep Apnea. (See exhibit: 01 page: 06 paragraph 17 & 19, & exhibit: 02 page: 02 paragraph 3. Exhibit: 01 sleep study results. Exhibit: 02 medical records).

10.     On September 12, 2022, Miguel was sent back to UConn for a discussion on his sleep study results. Also to see if he would agree to the use of CPAP therapy to treat his diagnose. Miguel agree to the use of CPAP therpay, so a CPAP machine was ordered. (See exhibit: 02 pages 05-06).

11.     On October 10, 2022, Miguel sent an Inmate Request ("request") to Christine stating "can I please get an update on my CPAP machine, I cannot sleep at night I'm having anxiety please give me an update. Thank you". On October 13, 2022, Christine responded stating "your CPAP has not been programmed we are waiting to have your machine programmed. As soon as someone programs your machine you will receive your machine". (See exhibit: 03 page: 02. Exhibit: 03 Inmate Requests).

12.     On October 13, 2022, Miguel filed a Health Services Administrative Remedy - 1 ("health remedy") stating "on October 10, 2022, I sent Christine the attach request. On October 13, 2022 she responded stating "your machine has not been programmed we are waiting to have your machine programmed. I'm filing the remedy because it should not take a month to program my CPAP machine. To resolve this issue I request CPAP machine be program by staff immediately or I be sent back to UConn immediately to have someone from Pulmonary Department program my machine". Miguel did not receive any response to this health remedy. (See exhibit: 04 page: 01. Exhibit: 04 Health remedy & Inmate Grievance ("remdy")).

13.     On November 13, 2022, Miguel sent a request to Christine stating "this is one of multiple request about my CPAP, I was told about 3 months ago that I was going to get it and I'm still waiting for the machine, my next step will be to contact my lawyer since no is taking my health in consideration. I hope after this request someone will have an answer for me"!! On November 17, 2022,

       Christine responded stating "I sent an email to address your concern to Nurse Executive who is working on getting someone to program the CPAP machine. When this done you will receive your machine". (See exhibit: 03 page: 03).

14. On November 28, 2022, Miguel filed a health remedy stating "on November 13, 2022, I sent the attached request about my CPAP machine. I received a response telling me despite two months going by my CPAP machine has still not been program". Miguel did not receive any response to this health remedy. (See exhibit: 04 page: 07).

15. On November 28, 2022, Miguel filed an Appeal of Health Services Administrative Remedy - Level 2 (health appeal 2") stating "on October 13, 2022, I filed a remedy regarding my CPAP not being programmed despite writing asking for the machine to be programmed & giving to me. I haven't received a response to this or a notice stating more time is need. More than 30 business days have passed. To resolve this issue I request my machine be programed & I be giving $100.00 a day from September 30, 2022, to when I get the pain & suffering I have gone though by not having my CPAP machine". Miguel did not receive any response to this health appeal 2. (See exhibit: 04 page: 08).

16. On November 13, 2022, Miguel sent a request to Dougherty stating "I am writing this request to you to bring to your attention my situation with medical. About 3 month ago I was sent to UConn hospital for a sleep study do to my lack of breathing. I was told that a CPAP machine was going to be provided for me and still to this day I I have not receive the machine. The medical department have received multiple request from me about this matter and I received no response. I will like for you to look into this matter since my health is involved and I don't want to be in a situation where is to late for me. Thank you". On November 13, 2022, DOugherty responded stating "your request is being sent to RCOO Cruz to review & address". (see exhibit: 03 page: 02).

17. On December 19, 2022, Miguel sent a request to Dougherty stating "this is to put you on notice that my medical needs are still not being met despite writing to you on November 13, 2022, & being told that you where forwarding my request to RCOO Cruz to review & address. Also writing to Nurse Supervisor Furtick on November 28, 2022, RCOO Cruz on December 02, 2022, & Christine on December 02, 2022. I have not received my CPAP machine. To resolve these issues I request my CPAP machine be set to pressure & given to me immediately, and I be given $5000.00 for pain & suffering caused by your staff not giving me my prescribed treatment to treat my sleep apnea.

Thank you". On December 22, 2022, Deputy Warden Dorn responded stating "followed up with RCOO Cruz & Nursing Supervisors. Machine issued as soon as possible. Your request for $5000 is denied. (See exhibit: 03 page: 05).

18.    On December 27, 2022, Miguel filed an Inmate Grievance Form - Level 1 ("remedy") stating "on December 19, 2022, I sent a request to Warden Dougherty onfoeming him that his staff was not meeting my medical needs still despite him telling me that he sent my request from November 13, 2022, to RCOO Cruz to review & address. On December 23, 2022, I received a response back stating followed up with RCOO Cruz & Nursing Supervisors. Machine issued as soon as possible. This is not getting my medical needs met. To resolve this issue I request I be sent back to UConn to have my machine set & be given $50.00 a day for pain from 09/  /22 to I get machine". On January 04, 2023, Miguel received a response stating "wrong form Medical Grievance Matter. See attached CN 8901 form". (See exhibit: 04 page: 02).

19.    On January 04, 2023, Miguel filed a health remedy stating "on December 19, 2022, I sent Warden Dougherty informing him that staff was not meeting my medical needs still despite him telling me that he sent my request from November 12, 2022, to RCOO Cruz to review & address. On December 23, 2022, I received a response back stating followed up with RCOO Cruz & Nursing Supervisors. Machine issued as soon as possible. This is not getting my medical needs met. To resolve this issue I request I be sent back to UConn to have machine set, & be given $50.00 a for pain & suffering from 9/12/22 to date I get my machine". (See exhibit: 04 page: 14).

20.    On January 30, 2023, Miguel received his January 04, 2023, health remedy back stating upheld CPAP to I/M on 01/30/23. (See exhibit: 04 page: 15).

21.    On February 02, 2023, Miguel filed a health appeal 2. He never received any response.

22.    On December 02, 2022, Migulel sent a request to Cruz stating "this is to put you on notice that my medical need is not being address despite sending multiple request to medical asking for my CPAP machine. I also wrote Nursing Supervisor Furtick back on NOv. 28, 2022, but have not never heard back. To resolve this issue I request I be I be given my CPAP machine set at the right pressure immediately & given $50.00 a day from Sept. 09, 2022 to when I receive the CPAP machine for pain & suffering I have endured do to not having the prescribed treatment to treat my Sleep Apnea. Also on October 10, 2022, & November 13, 2022, I wrote Christine asking for an update

on my CPAP machine. Both times I was told we are working on getting someone to program the CPAP machine. When this is done you will receive your machine. On December 02 2022, I sent another request to Christine, but have not receive my CPAP machine or a response". On December 21, 2022, James responded to the request stating "waiting on your machine to be programmed. Thank you for your understanding".

23. On December 28, 2022, Miguel filed a health remedy stating "on December 02, 2022, I sent RCOO Cruz the attach request. On December 2022, I received a response from James stating waiting on machine to be programmed. Thank you for your understanding. Nurse James is not RCOO Cruz & his response is still delaying/denying me adequate medical care for a serious medical need. To resolve this issue I request that I be sent to UConn with my CPAP machine to see Pulmonary Medicine to program my CPAP machine since no one here knows how to do it, & I be given $50.00 a day for pain & suffering from September 12, 2022, to I'm sent to UConn to have the machine, and I'm given the machine". On January 30, 2023, Miguel received his December 28, 2022, health remedy back attach to January 04, 2023, health remedy with no response. (See exhibit: 04 page: 10).

24. On December 29, 2022 Miguel received a response back from RCOO Cruz regarding his November 13, 2022, request that was address to Warden Dougherty, but forward to her for her to review & respond to. She said "Mr. Roman I am in receipt of your correspondence. Your CPAP machine has arrived & settings have been confirmed. Nursing will be calibrating your machine & getting it out to you shortly. Please anticipate being called to medical to go over your machine settings. (See exhibit: 03 page: 07).

25. On February 02, 2023, Miguel filed a health appeal 2. He never received a response back.

26. On December 19, 2022, Mugiel sent a request to Furtick stating "this is to put you on notice that my medical need is not being address despite sending multiple request to medical asking for my CPAP machine. To resolve this issue I request I be given my CPAP machine set to the right pressure immediately, & I be given $50.00 a day for pain & suffering I have endured do to not having the prescribed treatment to treat my Sleep Apnea. Thank you. He also stated On October 10, 202, & November 13, 2022, I wrote to Christine asking for an update on my CPAP machine. Both times I was told we are working on getting someone to program your CPAP machine. When this done you will receive your machine. On November 28, 2022, I sent you a request stating the same facts as in this request, I stating the same resolution. I have not heard back or received my CPAP machine & money. ON December 02, 2022, I sent another

request to Christine asking for my CPAP machine. I have not received a response to the request or my CPAP machine. On December 21, 2022, Miguel received a response from James stating "as discussed today waiting on programmer to come & program your machine". (See exhibit: 03 page: 06).

27. On December 28, 2022, Miguel filed a health remedy stating "on December 19, 2022, I sent Nursing Supervisor Furtick the attach request. On December 21, 2022, I received a response from James stating as discussed today medical is waiting on a programmer to come a program your machine. First off I was never seen in medical to discuss my CPAP machine. Second the request was not given to the person it was address to or responded by the person it was address to. To resolve this I request I be sent to UConn with my CPAP machine to see someone from Pulmonary Medicine to program my CPAP machine & I be given $50.00 a day for pain & suffering from September 30, 2022, to when I am sent to UConn to have my CPAP programmed or a programmer is able to come here and program my machine. & I am given the machine". On January 2023, Miguel received his December 28, 2022, health remedy back attach to January 04, 2023, health remedy with no response. (See exhibit: 04 page: 12).

28. On February 02, 2022, Miguel filed a health appeal 2. He received no response to this health appeal 2.

29. On October 28, 2022, Miguel filed a health remedy & a remedy stating "on September 12, 2022, I had a sleep study done and was told by the provider that I'm in dire need of a CPAP machine due to the low level of O2 while I sleep. The CPAP machine has not been programmed as of yet and it is my belief that is should have been programmed already after almost 2 months. Please help me persuade whom ever is responsible for programming the CPAP machine to make it a priorety seeing as my health and well being are being affected by the lack of this medical equipment". Miguel did not receive any response to either the remedy or the health remedy. (See exhibit: 04 page: 02 & 03).

30. On December 12, 2022, Miguel filed a Request For Reasonable Accommodations stating "I have been diagnose with Severe Obstructive Sleep Apnea, which causes me to snore and stop breathing during the night. I was ordered a CPAP machine to treat this diagnosis. I need to be given the CPAP machine that was ordered, and delivered to here, but medical keeps telling me I cannot have it until someone comes and set the pressure on the machine. Miguel never heard back. (See exhibit: 05. Exhibit: 05 Request For Reasonable Accommodations).

31.     ON January 27, 2022, Miguel filed an remedy stating "On December 12, 2022, I filed the attach Request for Reasonable Accommodations over 30 business days, and I have not received any response , my CPAP machine, and/or been seen by medical. To resolve this issue I request my machine be program immediately and given to me, & I be given $50.00 a day from September 30, 2022, to I'm given my CPAP machine for pain & suffering I have endured from lack of sleep due to not having needed equipment to treat my sleep apnea". Miguel never received any response to this remedy. (See exhibit: 04 page: 16).

32.     On January 27, 2023, Miguel filed an Appeal of Administrative Decision stating " on December 12, 2022, I filed the attach Request for Reasonable Accommodations because I was diagnose with sever obstructive sleep apnea, and despite writing to medical for the CPAP that was ordered and delivered to the facility hadn't been given to me. I am filing this Appeal of Administrative Decision because more than 30 business days has passed and I haven't received any response to my ADA request". Miguel never received any response to this Appeal of Administrative Decision. (See exhibit: 04 page: 17).

33.     On January 30, 2023, Miguel was given his CPAP machine.

## IV. EXHAUSTION OF LEGAL REMEDIES

34.     Miguel used the prisoner Inmate Grievance & Health Services Administrative Remedy at MacDougall to try & solve the problem. Inmate Grievances filed on October 28, 2022, & January 27, 2023, Miguel received no responses to. (See exhibit: 04 pages: 02 & 16) On October 13, 2022, October 28, 2022, November 28, 2022, & December 28, 2022, Miguel filed Health Services Administrative Remedies, but received no responses to these. (See exhibit: 04 pages: 01, 04, 06, 10, & 12). On December 27, 2022, Miguel filed a Inmate Grievance. Miguel received a response back to this Grievance stating wrong form Medical Grievance Matter see attached CN8901 form. (See exhibit: 04 page: 09). On January 27, 2023, Miguel filed an Appeal of Administrative Decision. Miguel did not receive any response back. (See exhibit: 04 page: 17). On Nov. 30, 2022, Miguel filed an Appeal of Health Services Administrative Remedy. (See exhibit: 04 page: 08). Also on February 02, 2023, Miguel filed three Appeal of Health Services Administrative Rededies, but got no response to any of his Appeal of Health Services. On January 04, 2023, Miguel filed a Health Services Administrative Remedy. On January 30, 2023 Miguel received his January 04, 2023, Health Services Administrative Remedy back stating uphheld, but he never received the requested money for the pain & suffering he went through. (See exhibit: 04 pages 14 & 15).

35. Upon information & belief MacDougall has a policy that states Health Services Administrative Remedy that are file for diagnose/treatment cannot be appealed.

## V. LEGAL CLAIMS

36. Miguel realleges & incorporate by reference paragraphs 1-35.

37. The deliberate indifference to delay of adequate medical care violated Migue's rights & constitute Cruel & Unusual Punishment under the Eighth Amendment of the United States Consitution.

38. The gross negligence to delay of adequate medical violated Miguel's rights constitutes Cruel & Unusual Punishment under the Eighth Amendment to the United States Constitution as well as state tort laws.

39. Miguel has no plain, adequate or complete remesy at law to redress the wrong described herein. Miugel has been injured by the conduct of the defendants.

## VI. PRAYER FOR RELIEF

WHEREFORE, Miguel respectfully prays that this court enter judgment granting Miguel:

40. Compensatory in the amount of $10,000 against each defendant, jointly & severally.

41. Punitive damages in the amount of $14,000 against each defendant.

42. A jury trial on all issues triable by jury.

43. Miguel's cost in this suit.

44. Any additional relief this court deems just, proper & exquitable.

July 05,2023

Respectfully submitted,

*Miqui Roman*

Miquel Angel Roman
Inmate No.:371927
MacDougall Correctional Institution
1153 East Street South
Suffield, Connecticut 06080

## VERIFICATION

I, Miguel Angel Roman, verify that the foregoing complaint was prepare for me, & read to me in a way that I would understand. I also verify that the matters alleged therein are true, expect as to the matter alleged on information & belief, & as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Suffield, Connecticut on 04/05/23

*Miguel Roman*
Miguel Angel Roman